UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:20-bk-06950-KSJ
CHAPTER 7

IN RE:

ALBERT R. JOHNSON and
BETTY K. JOHNSON,

    Debtors

_____/

**TOWD POINT MORTGAGE TRUST 2017-2'S RESPONSE TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN NON-EXEMPT REAL ESTATE IN VOLUSIA COUNTY, FLORIDA (DE-25)**

**COMES NOW,** SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR TOWD POINT MORTGAGE TRUST 2017-2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ("Secured Creditor"), by and through its undersigned counsel, and files this its Response to the Chapter 7 Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Volusia County, Florida ("the Motion") (DE-25), and states:

    1.    Secured Creditor holds a perfected first lien on the Debtor's real property located at 960 CLAYTON DR, DELTONA, FLORIDA 32725, by virtue of a Mortgage dated December 27, 2007, which was recorded in the Public Records of VOLUSIA County, Florida, on December 31, 2007, in Official Records Book 6174, at Page 3197. Said Mortgage secures a Note in the amount of $152,700.00.

    2.    On July 2, 2021, the Trustee filed a Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Volusia County, Florida (DE-25), which motion, *inter alia*, seeks to sell all rights, title, and interest in the Property to a private purchaser via a short sale for an overall sale price of $162,400.00

3. Secured Creditor will accept a minimum of $129,054.51, which amount is to be remitted to Chase by August 9, 2021.

4. Secured Creditor, as the holder of a perfected first mortgage lien on the subject property, does not object to a proposed short sale, provided that the following conditions are addressed and memorialized in an order upon the instant Motion, to wit:

    a. Secured Creditor must receive the net proceeds from the Short Sale in an amount not less than $129,054.51, no later than August 9, 2021 (closing date).

    b. Net proceeds must be in the form of wired funds or certified funds, and must be made payable to Select Portfolio Servicing, Inc. No personal checks will be accepted.

    c. Any extension of the closing date requires Select Portfolio Servicing, Inc's written approval.

    d. Payoff funds and a final HUD-1 Settlement Statement/Closing Disclosure must be received by Secured Creditor within 48 hours of closing.

    e. The proposed short sale of the Property is subject to Secured Creditor's written consent to the negotiated terms and conditions, and its written approval.

5. Secured Creditor conditionally agrees to the terms of the proposed short sale and will release the lien contingent upon the terms more fully set forth in the Short Sale Approval Letter dated June 22, 2021 attached hereto as **Exhibit A.**

**WHEREFORE**, Secured Creditor respectfully requests that the Court enter an order granting the Trustee's Motion subject to the terms set forth in Secured Creditor's Short Sale

Approval letter dated June 22, 2021 and for such other and further relief as the Court may deem just and proper.

Dated this 16th day of July 2021.

                              Respectfully Submitted,

                              **Kahane & Associates, P.A.**
                              8201 Peters Road, Suite 3000
                              Plantation, Florida 33324
                              Telephone: (954) 382-3486
                              Telefacsimile: (954) 382-5380

By:_____
√ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing this 16th day of July, 2021.

**Kahane & Associates, P.A.**

8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
√ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

**Mailing List**

Albert R. Johnson
960 Clayton Dr
Deltona, Florida 32725

Shelley Hogue, Esq.
Attorney for Debtors
1209 Edgewater Drive, Suite 203A
Orlando Florida 32804

Betty K. Johnson
960 Clayton Dr
Deltona, Florida 32725

Dennis D Kennedy, Trustee
P.O. Box 541848
Merritt Island, Florida 32954

Arvind Mahendru, Esq
5703 Red Bug Lake Rd #284
Winter Springs, FL 32708

*U.S. Trustee*
United States Trustee – ORL 7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801